**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HYUP SUNG T.R.D.,<br><br>Plaintiff,<br><br>v.<br><br>EMMA ROSE APPAREL, INC.; *et al.*,<br><br>Defendants. | Case No 2:16-cv-03983-SVW-SS<br>*Hon. Stephen V. Wilson Presiding*<br><br>**JUDGMENT**<br><br>**JS-6** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING JUDGMENT IS ORDERED AND ENTERED AS FOLLOWS:

A Judgment in the amount of one hundred eighty-five thousand dollars and no cents ($185,000.00) is hereby GRANTED and ENTERED against defendant ELLEBORIS, INC. and in favor of plaintiff HYUP SUNG T.R.D., individually and doing business as TEXKHAN, INC., along with interest in the amount prescribed by statute.

SO ORDERED.

Dated: June 8, 2017    By: _____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT
JUDGE

1

JUDGMENT